# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Steven C. Mannion |
| v. | Mag. No. 16-6040 (SCM) |
| MINGLU LI, a/k/a "Vivian Li" and "Vivian Lee" | **CONTINUANCE ORDER** |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Dennis Carletta, Assistant United States Attorney), and Minglu Li (by Maria Noto, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days from the date this Order is signed through October 3, 2016 to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations; and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within 30 days of the date of the defendant's arrest pursuant to Title 18, United States Code, Section 3161(b); and the defendant having, through the defendant's attorney, consented to this first continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties may enter into plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) The defendant has consented to the aforementioned continuance, which will be the third such adjournment of these proceedings;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this ___1___ day of August, 2016;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through October 3, 2016; and it is further

ORDERED that the period from the date this Order is signed through October 3, 2016 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE STEVEN C. MANNION
United States Magistrate Judge

16-6040

Form and entry consented to:

_____
Dennis Carletta
Assistant United States Attorney

_____
Maria Noto, Esq.
Counsel for Minglu Li

RECEIVED IN THE CHAMBERS OF

AUG 0 1 2016

TIME: _____ M
HON. STEVEN C. MANNION, U.S.M.J.

2