DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | Hon. Madeline Cox Arleo |
|---|---|
| v. | |
| **Ming Lu Li** | Criminal No. 19-00146 (MCA) |
| Defendant(s). | **SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on April 30, 2019, the United States submitted sentencing materials to the Court in this case concerning the defendant.

CRAIG CARPENITO
United States Attorney

By:    /s/ *Margaret Mahoney*
       Assistant U.S. Attorney